UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60541-AHS

VICTOR ARIZA

    Plaintiff,
vs.

THE ESCAPE GAME, LLC
a foreign limited liability company

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to the Southern District of Florida Local Rule 16.4, Plaintiff VICTOR ARIZA and Defendant THE ESCAPE GAME, LLC (collectively, the "Parties"), hereby notify the Court that they have reached a resolution in this case. The Parties are finalizing settlement documents and will file a Notice of Dismissal within thirty (30) days.

Respectfully submitted this 31st day of May 2024.

| | |
|---|---|
| *s/ Rodrick V. Hannah* | *s/ Connie Felix Chen* |
| Rodrick V. Hannah, Esq. | Capri Trigo, Esq. |
| **RODERICK V. HANNAH, ESQ., P.A.** | Florida Bar No. 28564 |
| 4800 N. Hiatus Road | ctrigo@grsm.com |
| Sunrise, Florida 33351 | Connie Felix Chen, Esq. |
| rhannah@rhannahlaw.com | Florida Bar No. 1003852 |
| **Counsel for Plaintiff** | cfchen@grsm.com |
| | **GORDON REES SCULLY MANSUKHANI** |
| Pelayo M. Duran, Esq. | 100 SE Second Street, Suite 3900 |
| **LAW OFFICE OF PELAYO DURAN, P.A.** | Miami, Florida 33131 |
| 4640 N.W. 7th Street | Telephone: 305-428-5330 |
| Miami, Florida 33126 | Facsimile: 877-644-6209 |
| duranandassociates@gmail.com | **Counsel for Defendant** |
| **Co-Counsel for Plaintiff** | **The Escape Game, LLC** |

1