UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60541-CIV-SINGHAL/STRAUSS

VICTOR ARIZA,

    Plaintiff,

v.

THE ESCAPE GAME, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** has come before the Court on the parties' Joint Notice of Settlement (DE [16]).  The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a Notice of Dismissal by **June 28, 2024**. Furthermore, the Court retains jurisdiction over the case until the settlement is consummated.  The Clerk of Court shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT** and all deadlines and hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of May 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF